UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| BRAULIO OLMOS, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, C.C.C., SUSANVILLE PRISON, <br><br> Respondent. | ED CV 12-00610-RGK(SH) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and accepts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is denied and the action is

dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 25, 2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE