UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| BRAULIO OLMOS,<br><br>            Petitioner,<br><br>   v.<br><br>WARDEN, C.C.C. SUSANVILLE PRISON,<br><br>            Respondent. | ) ED CV 12-00610-RGK (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: September 25, 2012

*[signature: Gary Klausner]*

                                  R. GARY KLAUSNER<br>
                          UNITED STATES DISTRICT JUDGE